UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JENNY HO, | Case No.: 18-cv-0221-WQH-JLB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CITIBANK, N.A., | |
| Defendant. | |

HAYES, Judge:

On January 31, 2018, Plaintiff Jenny Ho initiated this action by filing the Complaint (ECF No. 1) against Defendant Citibank, N.A. On May 10, 2018, the parties filed a Joint Motion/Stipulation to Stay Action and Arbitrate All Claims (ECF No. 7). The parties "jointly move and stipulate to stay this action and submit all claims to binding arbitration, pursuant to the terms of the arbitration agreement contained in the credit card agreement [(ECF No. 7-1)]." *Id.* at 2.

The joint motion to submit all claims to binding arbitration, *see* ECF No. 7, is GRANTED. On or before May 25, 2018, the parties shall SHOW CAUSE why the Court should not dismiss this action without prejudice. *See Kam-Ko Bio-Pharm Trading Co. Ltd-Australasia v. Mayne Pharma (USA) Inc.*, 560 F.3d 935, 940 (9th Cir. 2009) ("If the court finds that an arbitration clause is valid and enforceable, the court should stay or dismiss the action to allow the arbitration to proceed."). The joint motion to stay this action remains pending.

Dated: May 15, 2018

Hon. William Q. Hayes
United States District Court